IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re CHRISTOPHER JOHNSON.
　　　　　　　　　　　　　　　　　　／

No. C 13-2748 MEJ (PR)

**ORDER OF TRANSFER**

     Plaintiff Christopher Johnson, a state prisoner currently incarcerated at Valley State Prison (VSP) in Chowchilla, California, has filed a letter complaining of his treatment by staff at VSP, which the Court construes as an attempt to file a pro se complaint under 42 U.S.C. § 1983. Specifically, Plaintiff alleges that he suffers from heart disease that is not treated by VSP medical staff.

     The acts complained of in his complaint occurred at VSP, which is located in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

     Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: June 19, 2013

MARIA ELENA JAMES
United States Magistrate Judge