# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSON, ) | 1:13cv00945 DLB PC |
| Plaintiff, ) ) | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| vs. ) | |
| UNKNOWN, ) | (Document 8) |
| Defendant. ) | |

Plaintiff Christopher Johnson ("Plaintiff") is a prisoner proceeding pro se in this civil rights action filed on June 14, 2013.

On July 16, 2013, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It appears that he did not intend to file a civil action and that he may not have exhausted his administrative remedies.

At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on July 16, 2013.

IT IS SO ORDERED.

Dated:   **July 18, 2013**                                             /s/ *Dennis L. Beck*
                                                                                            UNITED STATES MAGISTRATE JUDGE